THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY GORDON, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ASHER GOLDENSTEIN, Respondent, v. TERMINAL AND TOWN TAXI COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

GIUSEPPE SCOZZARI, Appellant, v. UNITED DISTILLERS COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

META EIDLITZ, Respondent, v. JOB E. HEDGES, as Receiver of the NEW YORK RAILWAYS COMPANY, Impleaded with BLACK AND WHITE CAB COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of the Petition of PATHÉ EXCHANGE, INC., Petitioner, for an Order of Certiorari to Review a Final Determination of GEORGE H. COBB and Others, as and Constituting The Motion Picture Commission of the State of New York, Respondents.— Order sustained and determination of respondents reversed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of LONG ISLAND WRECKING Co., INC., Respondent, for a Compulsory Order of Arbitration against ZELICK PESHKIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER FYFE and Another, Appellants.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JOHN A. HASTINGS and Another, Respondents, v. PHILIP FRANCIS and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

MATTINGLY & NUTT, INC., Appellant, v. HALL-SCOTT MOTOR CAR COMPANY, Respondent.— Order modified as directed in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

EDITH A. RICHTER, as Administratrix, etc., of EMILY A. RICHTER, Deceased, Respondent, v. R. L. KJERNER, Impleaded with JOHN KJERNER, an Infant, etc., Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and defendant's motion to dismiss action as against him granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

MATHILDA C. WESTMAN, Respondent, v. BANK FOR SAVINGS, Appellant.— Order reversed, with ten dollars costs and disbursements, under section 250 of the Banking Law, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM GROPPER, Principal, MARYLAND CASUALTY COMPANY, Surety, Appellant. (Action No. 1.) —